IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JACOB WILLIAM MATHIS,<br><br>Defendant. | Criminal No. 4:11-CR-00053<br><br>OBJECTION TO MOTION FOR<br>EARLY TERMINATION OF<br>SUPERVISED RELEASE |

The United States of America (the "government"), by and through undersigned counsel, respectfully submits this response in opposition to the defendant's motion to the early termination of supervised release.

1. The government objects to the defendant motion for early termination of his supervised release.

2. The defendant faced a guidelines sentence of 97 – 121 months and a potential life term of supervised release when he was sentenced.

3. The defendant was afforded great leniency by a plea agreement to 48 months' incarceration. When this sentence was imposed, the court included a 5-year term of supervised release, the minimum permitted by law. This term is for the defendant's benefit, and for the protection of society.

4. The defendant discusses his drug abuse treatment, but does not address sex offender treatment. The motion does not discuss what efforts he has made since released from prison to address his child pornography addiction.

5. The defendant's child pornography collection included numerous visual depictions of prepubescent children, including at least one of a child being

anally raped. (PSR 10). The defendant is not someone who came upon child pornography inadvertently – "he became interested in child pornography when he was a teenager and he had images with children ranging in age from infants through teenagers." (PSR 9).

6. It is not clear that this court has the authority to reduce the term of supervised release to below the statutory minimum.

7. Given the nature of the offense, the history and characteristics of the defendant, and the need to protect the community, the defendant should complete his minimum term of supervised release, as ordered. A reduction is not "warranted by the conduct of the defendant... and the interest of justice." 18 USC § 3583(e)(1).

Respectfully submitted,

Kevin E. Vanderschel
United States Attorney

By:   /s/ Craig Peyton Gaumer
Craig Peyton Gaumer
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Craig.Gaumer@usdoj.gov